## Commonwealth *v.* Simmons, Appellant.

Argued December 7, 1972. *Louis Sherman*, for appellant; *Robyn Greene*, Assistant District Attorney, with her *James T. Ranney* and *Milton M. Stein*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen*

*Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.